JOSEPH A. SCHAEFER, Respondent, *v.* GROTON CORPORATION et al., Appellants.

Argued June 2, 1938; decided July 7, 1938.

*Forbes D. Shaw* and *Robert E. Coulson* for appellants.
*Louis W. Stotesbury* for respondent.

Order affirmed, with costs, and question certified answered in the negative. The bill of particulars does

not conclusively show that the Statute of Frauds applies. No opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.